UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LIDIA RIVERA, et al.,

        Plaintiffs,

    v.

UNION PACIFIC RAILROAD
COMPANY, et al.,

        Defendants.

Case No.  15-cv-1842-PJH

**ORDER STAYING MOTIONS TO
DISMISS**

Two defendant groups in the above-captioned case have filed motions to dismiss,
both set for hearing on September 9, 2015.  See Dkt. 41, 42.  In light of the motion to
transfer and consolidate this and other cases that is pending before the Judicial Panel on
Multidistrict Litigation, the court hereby STAYS the motions to dismiss and vacates all
current briefing and hearing dates.  After the Panel has ruled on the
transfer/consolidation motion, the court will re-set the briefing and hearing dates if
necessary.

    **IT IS SO ORDERED.**

Dated:  July 22, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge