UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LIDIA RIVERA, et al.,<br><br>    Plaintiffs,<br><br>        v.<br><br>UNION PACIFIC RAILROAD COMPANY, et al.,<br><br>    Defendants. | Case No. 15-cv-01842-PJH<br><br>**ORDER SETTING BRIEFING AND HEARING DATES FOR MOTIONS TO DISMISS** |

On July 22, 2015, the court issued an order staying the briefing and hearing schedules on two pending motions to dismiss, based on the Judicial Panel for Multidistrict Litigation's consideration of a motion to transfer and consolidate this and other cases. See Dkt. 43. The Panel having now denied the motion, the court hereby resets the briefing and hearing schedule on the motions to dismiss as follows:

| | |
|---|---|
| Opposition briefs due: | August 26, 2015 |
| Reply briefs due: | September 2, 2015 |
| Hearing: | September 30, 2015 |

**IT IS SO ORDERED.**

Dated:  August 12, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge